# In the United States Court of Federal Claims

No. 05-1095C
(Filed: December 12, 2005)

********************************
THURMONT VILLAGE
LIMITED PARTNERSHIP,

*Plaintiff*,

v.

UNITED STATES,

*Defendant*.
********************************

## ORDER

Pending is the parties' December 1, 2005 joint motion for a stay of proceedings while certain related cases remain in the court's Alternative Dispute Resolution ("ADR") pilot program. For good cause shown, the motion is granted. The parties are directed to file a joint status report within 14 days after the conclusion of ADR.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge